UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHAWN BREUNLE,

          Plaintiff,

-vs-                                  Case No. 6:05-cv-1071-Orl-28KRS

CHAPTERS ON PARK, LLC, WALTER
CUMMINGS, JR.,

          Defendants.
_____

# ORDER

This case is before the Court on Motion for Entry of Default Judgment against Chapters on the Park, LLC (Doc. No. 23) filed November 23, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and considering the objection filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 13, 2005 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Entry of Default Judgment against Chapters on the Park LLC is **DENIED without prejudice.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6___ day of January, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party