**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHAWN BREUNLE,

          **Plaintiff,**

-vs-                                               **Case No.  6:05-cv-1071-Orl-28KRS**

CHAPTERS ON PARK, LLC, WALTER
CUMMINGS, JR.,

          **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Dismiss Defendant's Counterclaims for Lack of Subject Matter Jurisdiction (Doc. No. 25) filed December 1, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted and that the Court decline to exercise supplemental jurisdiction over Breunle's state law claim for unpaid wages under Florida Statutes, Chapter 488 pursuant to 28 U.S.C. § 1367(c)(2).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 30, 2006 (Doc. No. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiff's Motion to Dismiss Defendant's Counterclaims for Lack of Subject Matter Jurisdiction (Doc. No. 25) is **GRANTED**. Further, the Court declines to exercise supplemental jurisdiction over Breunle's state law claim for unpaid wages under Florida Statutes, Chapter 488 pursuant to 28 U.S.C. § 1367(c)(2).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___14___ day of February, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party