# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHAWN BREUNLE,**

**Plaintiff,**

-vs-                                                    **Case No.  6:05-cv-1071-Orl-28KRS**

**CHAPTERS ON PARK, LLC, WALTER
CUMMINGS, JR.,**

**Defendants.**
_____

## ORDER

This case is before the Court on Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 49) filed June 21, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed June 26, 2007 (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion to Approve Settlement Agreement as Stipulated Final Judgment (Doc. No. 49) is **GRANTED in part.**  The Settlement Agreement is **APPROVED** except for the confidentiality agreement included therein.  Accordingly, the Settlement Agreement is not entered as a stipulated judgment.

3.     The case is dismissed with prejudice.

4.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___17___ day of July, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party